FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NOS. 02-13-00320-CV
## 02-13-00321-CV

IN RE FI'NESS EDWARD STOKES

------------

FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

------------

## ORDER

------------

The court has considered relator's petition for writ of mandamus [and motion for temporary relief] and is of the tentative opinion that a serious question concerning the relief requires further consideration. *See* Tex. R. App. P. 52.8(b). Accordingly, it is ordered that:

1. The State shall file a response with the court by **5:00 p.m. on Monday, September 30, 2013**.

2

2.  Any reply shall be filed by **5:00 p.m. on Monday, October 7, 2013**.  However, the court may consider and decide the case before a reply is filed.  Tex. R. App. P. 52.5.

The clerk of this court is directed to transmit a copy of this order to the relator, the State, the trial court judge, and the trial court clerk.

DATED September 19, 2013.

PER CURIAM

PANEL:  DAUPHINOT, MCCOY, and GABRIEL, JJ.